**NOT DESIGNATED FOR PUBLICATION**

## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## CM 03-1761

**HENRY AND GLORIA PARKER, ETC.**

**VERSUS**

**DR. DONALD HARPER**

\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF LAFAYETTE, NO. 96-3106-K,
HONORABLE  PATRICK MICHOT, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*

## GLENN B. GREMILLION
## JUDGE

\*\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Sylvia R. Cooks, Glenn B. Gremillion, Judges.

**MOTION GRANTED.  APPEAL DISMISSED.**

**JAMES A. GRAY, II**
**GRAY & GRAY**
**Suite 1460 - Energy Centre**
**1100 Poydras Street**
**New Orleans, LA 70163**
**(504) 599-8280**
**COUNSEL FOR HENRY AND GLORIA PARKER**

**CHARLES J. BOUDREAUX, JR.**
**MICHAEL P. MARAIST**
**ONEBANE LAW FIRM**
**P. O. Box 3507**
**102 Versailles Blvd.**
**Suite 600, Versailles Centre**
**Lafayette, LA 70502**
**COUNSEL FOR DR. DONALD HARPER**